## No. 17,329.

S. Marvin Somerhalder *v.* Y-W Electric Association, Inc. et al.

(281 P. [2d] 520)

Decided March 21, 1955.

Mr. Joseph N. Lilly, Mr. Thornton H. Thomas, Attorneys for Plaintiff in Error.

Messrs. Shuteran, Robinson & Harrington, Mr. Richard L. Banta, Jr., for defendant in error Y-W Electric Association, Inc.

Mr. Samuel Chutkow, Mr. Noah A. Atler, Mr. Arnold M. Chutkow, for defendant in error Armond Goodman.

*En Banc.*

Per Curiam.

Judgment for defendants affirmed without written opinion.